IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KARLA L. WOOTEN, #T48438,

    Plaintiff,

v.                                                                                  CASE NO. 4:08-cv-00503-MP-WCS

WALTER McNEIL, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed *sua sponte* for failure to prosecute and to obey an order of the Court. Plaintiff has filed an objection at Doc. 11, requesting more time to pay the $2.33 initial partial filing fee due in this case. Upon consideration of the Report and the explanation contained in the objection thereto, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge, Doc. 9, is REJECTED. Plaintiff has until Wednesday, March 25, 2009, to pay the initial partial filing fee. Plaintiff is again warned, however, that future failure to comply with every aspect of the Magistrate Judge's order at Doc. 7 will result in dismissal of her case.

**DONE AND ORDERED** this   *26th*  day of January, 2009

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge