# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KARLA L. WOOTEN,

    Plaintiff,

vs.                                        Case No. 4:08cv503-MP/WCS

WALTER A. McNEIL, et al.,

    Defendants.

                                  /

## ORDER and REPORT AND RECOMMENDATION

This case has had no action for over two years. It is apparent that Plaintiff has abandoned this litigation and it may be appropriately dismissed for lack of prosecution.

Plaintiff initiated the case on November 10, 2008, by filing a civil rights complaint. Doc. 1. When Plaintiff had not paid the assessed initial partial filing fee, a report and recommendation was entered to dismiss the case. Doc. 9. Plaintiff filed objections, doc. 11, expressing her intent to proceed. The report and recommendation was rejected on January 26, 2009, and Plaintiff given until March 25, 2009, to pay the assessed fee. Doc. 12. Plaintiff did not timely do so, but improperly filed a notice of appeal instead. Doc. 13. The appeal was dismissed for lack of jurisdiction on April 8,


2009. Doc. 21. On April 15, 2009, just after that dismissal, Plaintiff paid the assessed initial partial filing fee. Doc. 22. Plaintiff has filed nothing further in this case since her appeal documents in February of 2009. Docs. 13-15.

The local rules of this Court provide that when it appears that no activity has taken place in a civil action for more than ninety days, the case may be dismissed for want of prosecution if satisfactory cause is not shown. N.D. Fla. Loc. R. 41.1(A). The time period for providing objections to this report and recommendation will provide Plaintiff with an opportunity to show good cause for failure to prosecute.

Finally, I have reviewed the complaint filed in this case and note that Plaintiff alleged harassment by another inmate at her institution. Doc. 1. At the time Plaintiff initiated this three years ago in November, 2008, Plaintiff was confined at Homestead Correctional Institution. Her requested relief was to be transferred back to Lowell Correctional Institution where she states she did not have those types of problems. Doc. 1, p. 7.

As this case has been pending for so long, I found it prudent to verify that Plaintiff is still incarcerated. Plaintiff is currently confined at Lowell Correctional Institution.[1] Accordingly, even if this case had not been abandoned by Plaintiff, dismissal would be appropriate because Plaintiff's requested relief has already been provided to her. Because Plaintiff is at Lowell C.I., therefore, this case also appears to be moot.

---

[1] This is provided by the Department of Corrections's website. www.dc.state.fl.us

Accordingly, it is **ORDERED** that the Clerk of Court provide a copy of this order and report and recommendation to Plaintiff at Lowell Correctional Institution's Annex.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** for failure to prosecute, and because Plaintiff has already been provided the relief requested in this case and, thus, the case is moot.

**IN CHAMBERS** at Tallahassee, Florida, on November 10, 2011.

   S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**