**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

KARLA L. WOOTEN,

    Plaintiff,

v.                                             CASE NO. 4:08cv503-MP-WCS

WALTER A. MCNEIL, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 10, 2011. (Doc. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's complaint (doc. 1) is DISMISSED for failure to prosecute, and because plaintiff has already been provided the relief requested in this case and, thus, the case is moot.

    **DONE and ORDERED** this 12th day of December, 2011.

                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  CHIEF UNITED STATES DISTRICT JUDGE**